**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ALEJANDRO SOTO SOUZA (D2),<br><br>Defendant | Case No.: 3:26-cr-2852-JO-2<br><br>**[~~PROPOSED~~] JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |

Upon the motion of the United States, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information against this Defendant in this case is dismissed without prejudice.

IT IS SO ORDERED.

DATED: July 31, 2026

HONORABLE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE